**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
Office (702) 380-0007-Fax (702) 380-2964
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*s.pasquale@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EILEEN ROTH, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTSONS, LLC, a Foreign Limited-Liability Company, d/b/a ALBERTSONS; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO.: |

**DEFENDANT ALBERTSONS, LLC'S NOTICE OF REMOVAL OF ACTION TO**
**UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)**

Defendant, ALBERTSONS, LLC, by its undersigned attorney, LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ., and SARA PASQUALE, ESQ., of the BRANDON | SMERBER LAW FIRM, hereby removes the above-captioned case to the United States District Court, Clark County, Nevada, where the action is now pending, pursuant to 28 USC § 1441 (a) and states as follows:

1. The above-entitled action was commenced in the Eighth Judicial District Court, Clark County, State of Nevada on December 1, 2020, bearing Case No. A-20-825624-C. The action is now pending in the Eighth Judicial District Court, Clark County, State of Nevada.

2. Plaintiff filed her Complaint on or about December 1, 2020. Plaintiff's Complaint fails to state that this case is one which is or has become removable. *See* Harris v. Bankers Life & Cas. Co., 425 F.3d 689 (9th Cir. 2005).

3. On December 4, 2020, Plaintiff served upon Defendant, Albertsons, LLC, her Complaint wherein Plaintiff alleges that she sustained injuries to her left tibia with fibula fracture, injuries to her right frontal lobe and encephalomalacia, because of a slip and fall on Albertson's premises.

4. On December 29, 2020, Plaintiff filed a Request for exemption from the Nevada Clark County mandatory arbitration program alleging $171,106.17 in past medical specials and alleging serious and permanent injuries.

5. This Notice of Removal was filed timely as it was filed within thirty (30) days of service of Plaintiff's Request for Exemption from Arbitration served upon Albertsons, LLC, on December 29, 2020, which was the first motion, order or other paper from which it could first be ascertained that this case is one which is or has become removable. *See* 28 U.S.C. 1446(b); Harris, 425 F.3d 689.

6. Pursuant to Fed. R. Civ. P. 6 (a), the last day of the thirty (30) day period set forth under 28 U.S.C. 1446(b) is January 28, 2021. *See* 28 U.S.C. 1446(b), Harris v. Bankers Life & Cas. Co., 425 F.3d 689 (9th Cir. 2005).

7. This action concerns an allegation that the Defendant negligently caused, allowed and failed to warn of a dangerous condition, causing injury to Plaintiff.

8. At the commencement of this action and at the time of the filing of this Notice of Removal, Plaintiff, EILEEN ROTH was, and now is, a citizen of the State of California.

9. At the commencement of this action and at all times herein, Defendant, ALBERTSONS, LLC, was, and now is, a limited liability company duly organized and existing under the laws of the State of Delaware with its principal place of business in Boise, Idaho, and therefore, is a citizen of the State of Delaware and Idaho.

10. A limited liability company is a citizen of every State of which its members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

11. Defendant, Albertsons, LLC's sole managing member is Albertson's Companies, Inc.

12. Albertson's Companies, Inc., is a corporation organized under the laws of the State of Delaware with its principal place of business in Boise, Idaho. *See, Exhibit "1."*

13. Corporations are citizens of any State in which they are incorporated or have their principal place of business. *Id.;* 28 U.S.C. § 1332(c)(1).

14. Thus, Albertson's Companies, Inc., is a citizen of the State of Delaware and Idaho.

15. Therefore, for diversity purposes, Albertsons, LLC, is a citizen of the State of Delaware and Idaho.

16. Documents showing that Albertson's Companies, Inc., was organized under the laws of the State of Delaware with its principal place of business in Boise, Idaho are attached as Exhibit "1."

17. DOES I through X and ROE CORPORATIONS I through X are named and sued fictitiously and their citizenship is disregarded as a matter of law for purposes of removal on grounds of diversity jurisdiction. 28 U.S.C. § 1441(a).

18. Plaintiff, EILEEN ROTH, alleges that she is and was at all relevant times mentioned in her Complaint, a citizen of the State of California, residing in the County of Los Angeles. Based upon Plaintiff's allegations, Defendant is informed and believes that Plaintiff, EILEEN ROTH, is a citizen of the State of California, County of Los Angeles.

19. Because, at the time of commencement of this action, Defendant is a citizen of Delaware and Idaho, and Plaintiff is a resident of the State of California, County of Los Angeles, complete diversity of citizenship exists between Plaintiff and Defendant. *See* 28 U.S.C. § 1332.

20. Upon information and belief, Plaintiff, EILEEN ROTH's past medical specials are in excess or equal to One Hundred Seventy-One Thousand One Hundred Six Dollars & 17/100 cents ($171,106.17), with future medical specials and pain and suffering of an undetermined amount. As a result, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

21. The United States District Court for the District of Nevada has original jurisdiction pursuant to 28 U.S.C. § 1332 in that the parties are citizens of different States and the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interests and costs.

22. Accordingly, Plaintiff's Complaint is removed pursuant to 28 U.S.C. 1441, which provides that a defendant may remove a case over which the federal court has original jurisdiction.

23. A copy of all process and pleadings served upon the Defendant is attached hereto as Exhibit "2."

WHEREFORE, Defendant, ALBERTSONS, LLC, a Delaware limited liability company

///

///

respectfully requests that this action proceed in this Court as an action properly removed to it.

DATED this 30th day of December, 2020.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on the 30th day of December, 2020, I served a true and correct copy of the foregoing **DEFENDANT ALBERTSONS, LLC'S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)** via the Court's electronic filing and service systems to all parties on the current service list, as follows:

**BOYD B. MOSS III, ESQ.**
Nevada Bar No. 8856
boyd@mossberglv.com
**JOHN C. FUNK, ESQ.**
Nevada Bar No. 9255
john@mossberglv.com
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
702-222-4555
Facsimile – 702-222-4556
*Attorneys for Plaintiff,*
*EILEEN ROTH*

*/s/ Bonita Alexander*
An Employee of BRANDON | SMERBER LAW FIRM