# EXHIBIT "2"

Electronically Issued
12/1/2020 2:39 PM

SEI
BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| EILEEN ROTH,<br><br>                    Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC, a Foreign Limited-<br>Liability Company, d/b/a ALBERTSONS;<br>DOES I through X; and ROE<br>CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | CASE NO.   A-20-825624-C<br>DEPT. NO.<br><br><br>SUMMONS |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN TWENTY ONE (21) DAYS.  READ THE INFORMATION BELOW:**

## ALBERTSON'S LLC

**TO THE DEFENDANT(S):**  A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1.    If you intend to defend this lawsuit, within twenty one (21) days after this Summons is served on you, exclusive of the day of service, you must do the following:

    (a)    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

1

(b)     Serve a copy of your response upon the attorney whose name and address is shown below.

2.     Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.     If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.     The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have forty-five (45) days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

DATED this ____/____ day of December, 2020.

Respectfully Submitted By:

MOSS BERG INJURY LAWYERS

_____
BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

STEVEN D. GRIERSON
**CLERK OF COURT**

By: _____  12/1/2020
         Deputy Clerk                      Date

Demond Palmer

2

Electronically Filed
12/1/2020 2:38 PM
Steven D. Grierson
CLERK OF THE COURT

1   COMP
2   BOYD B. MOSS III, ESQ.
    Nevada Bar No. 8856
3   boyd@mossberglv.com
    JOHN C. FUNK, ESQ.
4   Nevada Bar No. 9255
    john@mossberglv.com
5   MOSS BERG INJURY LAWYERS
6   4101 Meadows Lane, Suite 110
    Las Vegas, Nevada 89107
7   Telephone: (702) 222-4555
    Facsimile: (702) 222-4556
8   *Attorneys for Plaintiff*

CASE NO: A-20-825624-C
Department 8

9                   **DISTRICT COURT**

10              **CLARK COUNTY, NEVADA**

11

12   EILEEN ROTH,                          CASE NO.
                                           DEPT. NO.
13              Plaintiff,

14   v.

15   ALBERTSON'S LLC, a Foreign Limited-         **COMPLAINT**
     Liability Company, d/b/a ALBERTSONS;
16   DOES I through X; and ROE
17   CORPORATIONS I through X, inclusive,

18              Defendants.

19

20          Plaintiff, EILEEN ROTH, by and through her attorneys, BOYD B. MOSS III, ESQ., and

21   JOHN C. FUNK, ESQ. of the law firm of MOSS BERG INJURY LAWYERS, and for her

22   causes of action against Defendants, and each of them, hereby alleges as follows:

23          1.     That at all times relevant to these proceedings, Plaintiff, EILEEN ROTH

24   (hereinafter referred to as "Plaintiff"), was and is a resident of Pasadena, California.

25          2      Plaintiff is informed, believes, and thereon alleges that at all times relevant to

26

27   these proceedings, Defendant, ALBERTSON'S LLC (hereinafter referred to as "Defendant"),

28   was and is a Foreign Limited-Liability Company, organized and existing pursuant to the laws of

I

the State of Nevada, and authorized to do and doing business in Clark County, Nevada, as ALBERTSONS, located at 10250 West Charleston Boulevard, Las Vegas, Nevada 89135.

    3.    That the true names and capacities, whether individual, corporate, associate or otherwise of Defendants named herein as DOES I through X are unknown to Plaintiff who, therefore, sues said Defendants by said fictitious names. Plaintiff is informed, believes, and thereon alleges that each of the Defendants designated as DOES are responsible in some manner for the events and happenings referred to herein, specifically for creating and/or allowing a hazardous condition to exist on Defendants' premises, which caused damages proximately to Plaintiff as herein alleged. Plaintiff will ask leave of this Court to amend her Complaint to insert the true names and capacities of DOES I through X when the same have been fully ascertained and to join such Defendants in this action. At all times mentioned herein, each Defendant was acting as the agent, servant, and/or employee of each other Defendant.

    4.    That the true names and capacities, whether individual, corporate, associate or otherwise of Defendants named herein as ROE CORPORATIONS I through X are unknown to Plaintiff who, therefore, sues said Defendants by said fictitious names. Plaintiff is informed, believes, and thereon alleges that each of the Defendants designated as ROE CORPORATIONS are responsible in some manner for the events and happenings referred to herein, specifically for creating and/or allowing a hazardous condition to exist on Defendants' premises, which caused damages proximately to Plaintiff as herein alleged. Plaintiff will ask leave of this Court to amend her Complaint to insert the true names and capacities of ROE CORPORATIONS I through X when the same have been fully ascertained and to join such Defendants in this action. At all times mentioned herein, each Defendant was acting as the agent, servant, and/or employee of each other Defendant.

5.     That on or about January 1, 2019, Plaintiff was a guest shopping at Defendant's premises, located at located at 10250 West Charleston Boulevard, Las Vegas, Nevada 89135 (hereinafter referred to as, "Subject Premises"), commonly known as ALBERTSONS.

6.     At that same time and place, Defendants, and each of them, so carelessly and negligently created, owned, controlled, inspected, and/or maintained the Subject Premises in an unstable and dangerous manner so as to allow a hazardous condition to exist on the Subject Premises, specifically, an uneven floor with slick floor tiles, where Defendant was aware customers would be walking, which, without proper warning of the hazard, caused Plaintiff to slip, hit her head on the restroom wall and fall to the ground, and as a proximate result thereof, Plaintiff was seriously injured.

7.     That as a direct and proximate result of Defendant's and/or their employee/agent's negligent acts and/or omissions and/or breach of duty, Defendant's forced Plaintiff to encounter a dangerous condition by creating and/or allowing an uneven floor with slick tiles to exist on the floor of the restroom, on the Subject Premises, thereby causing Plaintiff to slip, hit her head on the restroom wall, fall to the ground and wait for help.

8.     Defendants, and each of them, carelessly and negligently failed to warn of a hazard with respect to the Subject Premises, thereby forcing Plaintiff to encounter a dangerous condition on the Subject Premises, resulting in Plaintiff sustaining serious injuries and damages.

9.     That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, and each of them, Plaintiff sustained severe and debilitating injuries to her left ankle, right frontal lobe and encephalomalacia, among others, all or some of which conditions may be permanent or disabling in nature, causing general damages in an amount to be determined at trial.

3

10.     This Court has subject matter jurisdiction over this matter pursuant to NRS 4.370(1), as the matter in controversy exceeds Fifteen Thousand Dollars ($15,000.00) exclusive of attorney's fees, interest, and costs.

11.     That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, and each of them, Plaintiff was required, and will be required in the future, to incur expenses for medical care and treatment and costs incidental thereto in an amount to be determined.

12.     That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, and each of them, Plaintiff has incurred substantial out-of-pocket expenses, including, but not limited to, money spent for prescriptions, medication, and uncovered medical expenses.

13.     That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, and each of them, Plaintiff has endured physical and emotional pain and suffering. It is further expected that Plaintiff will be forced to endure future physical and emotional pain associated with her continued medical treatment, recuperation, physical therapy and limitations associated with her injuries into the foreseeable future.

14.     That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, and each of them, Plaintiff has suffered and continues to suffer a significant deterioration in Plaintiff's enjoyment of life and lifestyle.

15.     That Plaintiff has had to retain the services of an attorney to prosecute this action and is, therefore, entitled to reasonable attorney's fees and costs of suit incurred herein, as well as prejudgment interest.

4

1    WHEREFORE, Plaintiff, expressly reserving the right to amend her Complaint at the

2    time of trial of the actions herein to include all items of damages not yet ascertained, demands

3    judgment against Defendants, and each of them, as follows:

4        1.      General damages in an amount in excess of $15,000.00;

5

6        2.      Damages for costs of medical care and treatment and costs incidental thereto,

7                when the same have been fully ascertained;

8        3.      Reasonable attorney's fees and costs of suit incurred herein; and

9        4.      For such other and further relief as the Court may deem proper in the premises.

10       DATED this _____ day of December, 2020.

11

12                                    MOSS BERG INJURY LAWYERS

13

14       By:     _____
                 BOYD B. MOSS III, ESQ.
15               Nevada Bar No. 8856
                 boyd@mossberglv.com
16               JOHN C. FUNK, ESQ.
                 Nevada Bar No. 9255
17               john@mossberglv.com
                 4101 Meadows Lane, Suite 110
18               Las Vegas, Nevada 89107
                 Telephone: (702) 222-4555
19               Facsimile: (702) 222-4556
                 *Attorneys for Plaintiff*
20

21

22

23

24

25

26

27

28

                                    5

Electronically Filed
12/10/2020 8:40 AM
Steven D. Grierson
CLERK OF THE COURT

1  SEI
   BOYD B. MOSS III, ESQ.
2  Nevada Bar No. 8856
   boyd@mossberglv.com
3  JOHN C. FUNK, ESQ.
   Nevada Bar No. 9255
4  john@mossberglv.com
5  MOSS BERG INJURY LAWYERS
   4101 Meadows Lane, Suite 110
6  Las Vegas, Nevada 89107
7  Telephone: (702) 222-4555
   Facsimile: (702) 222-4556
8  *Attorneys for Plaintiff*

9                            **DISTRICT COURT**

10                      **CLARK COUNTY, NEVADA**

11  EILEEN ROTH,                          **CASE NO.**   A-20-825624-C
                                          **DEPT. NO.**
12              Plaintiff,

13  v.

14                                                  **SUMMONS**
    ALBERTSON'S LLC, a Foreign Limited-
15  Liability Company, d/b/a ALBERTSONS;
    DOES I through X; and ROE
16  CORPORATIONS I through X, inclusive,

17              Defendants.

18

19  **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU**
20  **WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN TWENTY ONE**
    **(21) DAYS.  READ THE INFORMATION BELOW:**
21
22                            **ALBERTSON'S LLC**

23  **TO THE DEFENDANT(S):**  A civil Complaint has been filed by the Plaintiff(s) against you
    for the relief set forth in the Complaint.
24
25  1.      If you intend to defend this lawsuit, within twenty one (21) days after this Summons is
            served on you, exclusive of the day of service, you must do the following:
26
27          (a)     File with the Clerk of this Court, whose address is shown below, a formal written
                    response to the Complaint in accordance with the rules of the Court, with the
                    appropriate filing fee.
28

(b)     Serve a copy of your response upon the attorney whose name and address is shown below.

2.     Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.     If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.     The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have forty-five (45) days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

DATED this ____/____ day of December, 2020.

Respectfully Submitted By:

MOSS BERG INJURY LAWYERS

_____
BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

**STEVEN D. GRIERSON**
**CLERK OF COURT**

By: _____   12/1/2020
        Deputy Clerk                    Date

Demond Palmer

2

1  AFFT
   Moss Berg Injury Lawyers
2  Marcus A. Berg, Esq.
3  4101 Meadows Ln., Ste 110
   Las Vegas, NV 89107
4  State Bar No.: 9760
5  Attorney(s) for: Plaintiff(s)

Electronically Filed
12/9/2020 4:46 PM
Steven D. Grierson
CLERK OF THE COURT

6              DISTRICT COURT
7            CLARK COUNTY, NEVADA

8                                           Case No.: A-20-825624-C
9                                           Dept. No.: 8
10  Eileen Roth                             Date:
              vs                            Time:
11                            Plaintiff(s)
    Albertson's LLC, a Foreign Limited-Liability company, d/b/a
12  Albertsons; et al.
                              Defendant(s)
13
                                            AFFIDAVIT OF SERVICE
14

15  I, **Cindy Lee Arnold**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the

16  United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and

17  not a party to or interested in the proceeding in which this affidavit is made. The affiant received **1** copy(ies) of

18  the: **Summons; Complaint** on the **3rd** day of **December**, **2020** and served the same on the **4th** day of **December**,

19  **2020** at **12:47PM** by serving the **Defendant**, **Albertson's LLC, a Foreign Limited-Liability company, d/b/a**

20  **Albertsons** by personally delivering and leaving a copy at **CT Corporation System, 701 S. Carson St., Ste. 200,**

21  **Carson City, NV 89701** with **Danielle Naki, Administrative Assistant** pursuant to NRS 14.020 as a person of

22  suitable age and discretion at the above address, which address is the address of the registered agent as shown

23  on the current certificate of designation filed with the Secretary of State.

24  Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

25
26
27
28
29
30
31                          I declare under penalty of perjury under the law
32                          of the state of Nevada that the foregoing is true and
33                          correct. Executed this 7th day of December, 2020
34
35                          Affiant – **Cindy Lee Arnold** #: R-2020-12596
36                          **Legal Process Service** -    License # 604

(702) 471-7255   Legal Process Service, 724 S. 8th Street, Las Vegas, NV 89101

WorkOrderNo 2010228

Electronically Filed
12/10/2020 8:06 AM
Steven D. Grierson
CLERK OF THE COURT

1   DMSC
    **LEW BRANDON, JR., ESQ.**
2   Nevada Bar No. 5880
    **ANDREW GUZIK, ESQ.**
3   Nevada Bar No. 12758
    **SARA PASQUALE, ESQ.**
4   Nevada Bar No. 14412
    **BRANDON | SMERBER LAW FIRM**
5   139 East Warm Springs Road
    Las Vegas, Nevada 89119
6   Office (702) 380-0007-Fax (702) 380-2964
    *l.brandon@bsnv.law*
7   *a.guzik@bsnv.law*
    *s.pasquale@bsnv.law*
8   *Attorneys for Defendant,*
    *ALBERTSONS, LLC.*
9
10
11                      **DISTRICT COURT**
                     **CLARK COUNTY, NEVADA**
12

13   EILEEN ROTH,

14           Plaintiff,                    CASE NO.:  A-20-825624-C
                                           DEPT. NO.: 8
15   vs.

16   ALBERTSON'S, LLC, a Foreign Limited-
     Liability Company, d/b/a ALBERTSONS;
17   DOES I through X; and ROE
     CORPORATIONS I through X, inclusive,
18

19           Defendants.

20
21               **DEFENDANT ALBERTSON'S, LLC'S**
                 **DEMAND FOR SECURITY OF COSTS**
22

23       NOTICE IS HEREBY GIVEN, pursuant to NRS §18.130 that Defendant,

24   ALBERTSON'S, LLC, by and through its undersigned attorneys, hereby demands and requests

25   security from Plaintiff, EILEEN ROTH, a non-resident of this State, for Defendant's costs and

26   charges which may be awarded herein against the Plaintiff in the

27   ///

28

1  sum of FIVE HUNDRED DOLLARS ($500.00).

2      DATED this 10th day of December, 2020.

3                                    **BRANDON | SMERBER LAW FIRM**

4

5                                    _/s/ Lew Brandon, Jr., Esq._
                                     **LEW BRANDON, JR., ESQ.**
6                                    Nevada Bar No. 5880
                                     **ANDREW GUZIK, ESQ.**
7                                    Nevada Bar No. 12758
                                     **SARA PASQUALE, ESQ.**
8                                    Nevada Bar No. 14412
                                     139 East Warm Springs Road
9                                    Las Vegas, Nevada 89119
                                     _Attorneys for Defendant,_
10                                   _ALBERTSON'S, LLC_

11

12                          **CERTIFICATE OF SERVICE**

13      Pursuant to Nev. R. Civ. P. 5(b), I certify that on the 10th day of December, 2020, I served

14  a true and correct copy of the foregoing **DEMAND FOR SECURITY OF COSTS** through the

15  Court's ECF electronic filing system, upon the following:

16  **BOYD B. MOSS III, ESQ.**

17  Nevada Bar No. 8856
    boyd@mossberglv.com
18  **JOHN C. FUNK, ESQ.**

19  Nevada Bar No. 9255
    john@mossverglv.com
20  **MOSS BERG INJURY LAWYERS**

21  4101 Meadows Lane, Suite 110
    Las Vegas, Nevada 89107
22  702-222-4555
    Facsimile – 702-222-4556
23  _Attorneys for Plaintiff,_
    _EILEEN ROTH_
24

25                                   _/s/ Bonita Alexander_
                                     An Employee of Brandon | Smerber Law Firm
26

27

28

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

BRANDON | SMERBER
LAW FIRM

Electronically Filed
12/10/2020 8:08 AM
Steven D. Grierson
CLERK OF THE COURT

**IAFD**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
Office (702) 380-0007-Fax (702) 380-2964
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*s.pasquale@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC.*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

EILEEN ROTH,

      Plaintiff,

vs.

ALBERTSON'S, LLC, a Foreign Limited-
Liability Company, d/b/a ALBERTSONS;
DOES I through X; and ROE
CORPORATIONS I through X, inclusive,

      Defendants.

CASE NO.:  A-20-825624-C
DEPT. NO.: 8

**INITIAL APPEARANCE FEE DISCLOSURE**
**(NRS CHAPTER 19)**

    Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above-entitled action as indicated below:

    1.  ALBERTSONS, LLC., Defendant.........................…........          $223.00

///

///

1   **TOTAL REMITTED**..................................................................... **$223.00**

2   DATED this 10th day of December, 2020.

3                                           **BRANDON | SMERBER LAW FIRM**

4
                                            */s/ Lew Brandon, Jr., Esq.*
5                                           **LEW BRANDON, JR., ESQ.**
                                            Nevada Bar No. 5880
6                                           **ANDREW GUZIK, ESQ.**
                                            Nevada Bar No. 12758
7                                           **SARA PASQUALE, ESQ.**
                                            Nevada Bar No. 14412
8                                           139 East Warm Springs Road
                                            Las Vegas, Nevada 89119
9                                           *Attorneys for Defendant,*
                                            *ALBERTSON'S, LLC.*
10

11

12                              **CERTIFICATE OF SERVICE**

13          Pursuant to Nev. R. Civ. P. 5(b), I certify that on the 10th day of December, 2020, I served

14   a copy of the foregoing **INITIAL APPEARANCE FEE DISCLOSURE** through the Court's

15   ECF electronic filing system, upon the following:

16

17   **BOYD B. MOSS III, ESQ.**
     Nevada Bar No. 8856
18   boyd@mossberglv.com
     **JOHN C. FUNK, ESQ.**
19   Nevada Bar No. 9255
     john@mossverglv.com
20   **MOSS BERG INJURY LAWYERS**
     4101 Meadows Lane, Suite 110
21   Las Vegas, Nevada 89107
     702-222-4555
22   Facsimile – 702-222-4556
     *Attorneys for Plaintiff,*
23   *EILEEN ROTH*

24

25                                          */s/ Bonita Alexander*
                                            An Employee of Brandon | Smerber Law Firm
26

27

28

**BRANDON | SMERBER**
LAW FIRM

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

Electronically Filed
12/10/2020 8:09 AM
Steven D. Grierson
CLERK OF THE COURT

1  **DMJT**
   **LEW BRANDON, JR., ESQ.**
2  Nevada Bar No. 5880
   **ANDREW GUZIK, ESQ.**
3  Nevada Bar No. 12758
   **SARA PASQUALE, ESQ.**
4  Nevada Bar No. 14412
5  **BRANDON | SMERBER LAW FIRM**
   139 East Warm Springs Road
6  Las Vegas, Nevada 89119
7  Office (702) 380-0007-Fax (702) 380-2964
   *l.brandon@bsnv.law*
8  *a.guzik@bsnv.law*
   *s.pasquale@bsnv.law*
9  *Attorneys for Defendant,*
10 *ALBERTSONS, LLC.*

11                          **DISTRICT COURT**
12                      **CLARK COUNTY, NEVADA**

13 EILEEN ROTH,

14         Plaintiff,                    CASE NO.:  A-20-825624-C
                                         DEPT. NO.: 8
15 vs.

16
   ALBERTSON'S, LLC, a Foreign Limited-
17 Liability Company, d/b/a ALBERTSONS;
   DOES I through X; and ROE
18 CORPORATIONS I through X, inclusive,

19
         Defendants.
20

21                     **DEMAND FOR JURY TRIAL**

22         COMES NOW, Defendant, ALBERTSONS, LLC. by and through its attorney of record,

23 LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ., and of SARA PASQUALE, ESQ., OF

24 BRANDON | SMERBER LAW FIRM, and hereby demands a

25 ///

26 ///

27 ///

28

1    Jury Trial in the above-entitled action.

2          DATED this 10th day of December, 2020.

3                                    **BRANDON | SMERBER LAW FIRM**

4

5                                    */s/ Lew Brandon, Jr., Esq.*
                                     **LEW BRANDON, JR., ESQ.**
6                                    Nevada Bar No. 5880
                                     **ANDREW GUZIK, ESQ.**
7                                    Nevada Bar No. 12758
                                     **SARA PASQUALE, ESQ.**
8                                    Nevada Bar No. 14412
                                     139 East Warm Springs Road
9                                    Las Vegas, Nevada 89119
                                     *Attorneys for Defendant,*
10                                   *ALBERTSON'S, LLC.*

11                          **CERTIFICATE OF SERVICE**

12

13          Pursuant to Nev. R. Civ. P. 5(b), I certify that on the 10th day of December, 2020, I served

14   a copy of the foregoing **DEMAND FOR JURY TRIAL** through the Court's ECF electronic

15   filing system, upon the following:

16   **BOYD B. MOSS III, ESQ.**
     Nevada Bar No. 8856
17   boyd@mossberglv.com
     **JOHN C. FUNK, ESQ.**
18   Nevada Bar No. 9255
     john@mossverglv.com
19   **MOSS BERG INJURY LAWYERS**
20   4101 Meadows Lane, Suite 110
     Las Vegas, Nevada 89107
21   702-222-4555
22   Facsimile – 702-222-4556
     *Attorneys for Plaintiff,*
23   *EILEEN ROTH*

24

25                          */s/ Bonita Alexander*
                            An Employee of Brandon | Smerber Law Firm
26

27

28

*(left margin)* 139 E. WARM SPRINGS RD. LAS VEGAS, NEVADA 89119 T: 702.380.0007 | F: 702.380.2964

**BRANDON | SMERBER**
LAW FIRM

Electronically Filed
12/10/2020 8:11 AM
Steven D. Grierson
CLERK OF THE COURT

1    **CSRE**
     **LEW BRANDON, JR., ESQ.**
2    Nevada Bar No. 5880
     **ANDREW GUZIK, ESQ.**
3    Nevada Bar No. 12758
     **SARA PASQUALE, ESQ.**
4    Nevada Bar No. 14412
5    **BRANDON | SMERBER LAW FIRM**
     139 East Warm Springs Road
6    Las Vegas, Nevada 89119
7    Office (702) 380-0007-Fax (702) 380-2964
     *l.brandon@bsnv.law*
8    *a.guzik@bsnv.law*
     *s.pasquale@bsnv.law*
9    *Attorneys for Defendant,*
10   *ALBERTSONS, LLC.*

11                    **DISTRICT COURT**
                  **CLARK COUNTY, NEVADA**
12

13   EILEEN ROTH,

14        Plaintiff,                 CASE NO.: A-20-825624-C
                                      DEPT. NO.: 8
15   vs.

16   ALBERTSON'S, LLC, a Foreign Limited-
17   Liability Company, d/b/a ALBERTSONS;
     DOES I through X; and ROE
18   CORPORATIONS I through X, inclusive,

19        Defendants.
20

21   **CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING**
22                              **PROGRAM**

23        The undersigned parties hereby consent to service of documents by electronic means

24   through the Court's e-filing program on behalf of the following parties:  ALBERTSONS, LLC.

25        Documents served by electronic means must be transmitted to the following persons at

26   the e-mail addresses listed: l.brandon@bsnv.law; a.guzik@bsnv.law; s.pasquale@bsnv.law.

27

28

It is my understanding that the attachments may be transmitted to the program in any format and will be converted to a PDF file before service is effected.

The undersigned also acknowledges that this Consent does not require service by electronic means unless the serving party elects to do so.

DATED this 10th day of December, 2020.

BRANDON | SMERBER LAW FIRM

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S, LLC.*

///
///
///
///
///
///
///
///
///
///
///

Page 2 of 3

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on the 10th day of December, 2020, I served a copy of the foregoing **CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM** through the Court's ECF electronic filing system, upon the following:

**BOYD B. MOSS III, ESQ.**
Nevada Bar No. 8856
boyd@mossberglv.com
**JOHN C. FUNK, ESQ.**
Nevada Bar No. 9255
john@mossverglv.com
**MOSS BERG INJURY LAWYERS**
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
702-222-4555
Facsimile – 702-222-4556
*Attorneys for Plaintiff,*
*EILEEN ROTH*

/s/ Bonita Alexander
An Employee of Brandon | Smerber Law Firm

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2961

Electronically Filed
12/10/2020 8:12 AM
Steven D. Grierson
CLERK OF THE COURT

1  **DSST**
   **LEW BRANDON, JR., ESQ.**
2  Nevada Bar No. 5880
   **ANDREW GUZIK, ESQ.**
3  Nevada Bar No. 12758
   **SARA PASQUALE, ESQ.**
4  Nevada Bar No. 14412
   **BRANDON | SMERBER LAW FIRM**
5  139 East Warm Springs Road
   Las Vegas, Nevada 89119
6  Office (702) 380-0007-Fax (702) 380-2964
   *l.brandon@bsnv.law*
7  *a.guzik@bsnv.law*
   *s.pasquale@bsnv.law*
8  *Attorneys for Defendant,*
   *ALBERTSONS, LLC.*
9

10

11                    **DISTRICT COURT**
                    **CLARK COUNTY, NEVADA**
12

13  EILEEN ROTH,

14         Plaintiff,                    CASE NO.: A-20-825624-C
                                         DEPT. NO.: 8
15  vs.

16  ALBERTSON'S, LLC, a Foreign Limited-
    Liability Company, d/b/a ALBERTSONS;
17  DOES I through X; and ROE
    CORPORATIONS I through X, inclusive,
18
           Defendants.
19

20         **DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1**

21

22         The undersigned counsel of record for Defendant, ALBERTSONS, LLC., A

23  DELAWARE LIMITED LIABILITY COMPANY hereby certifies that to their knowledge,

24  ALBERTSONS, LLC.'s parent company is Albertson's Holding, LLC., a Delaware limited

25  liability company, and is not publicly traded.

26  ///

27  ///

28

1    There are no other known interested parties other than those identified.

2    DATED this 10th day of December, 2020.

3
                                    **BRANDON | SMERBER LAW FIRM**
4
                                    */s/ Lew Brandon, Jr., Esq.*
5                                   **LEW BRANDON, JR., ESQ.**
                                    Nevada Bar No. 5880
6                                   **ANDREW GUZIK, ESQ.**
                                    Nevada Bar No. 12758
7                                   **SARA PASQUALE, ESQ.**
                                    Nevada Bar No. 14412
8                                   139 East Warm Springs Road
                                    Las Vegas, Nevada 89119
9                                   *Attorneys for Defendant,*
                                    *ALBERTSON'S, LLC.*
10

11                              **CERTIFICATE OF SERVICE**
12
13           Pursuant to Nev. R. Civ. P. 5(b), I certify that on the 10th day of December, 2020, I served

14   a copy of the foregoing **DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1** through

15   the Court's ECF electronic filing system, upon the following:

16   **BOYD B. MOSS III, ESQ.**
17   Nevada Bar No. 8856
     boyd@mossberglv.com
18   **JOHN C. FUNK, ESQ.**
     Nevada Bar No. 9255
19   john@mossverglv.com
20   **MOSS BERG INJURY LAWYERS**
     4101 Meadows Lane, Suite 110
21   Las Vegas, Nevada 89107
     702-222-4555
22   Facsimile – 702-222-4556
     *Attorneys for Plaintiff,*
23   *EILEEN ROTH*

24
                                    */s/ Bonita Alexander*
25                                  An Employee of Brandon | Smerber Law Firm

26

27

28

*(left margin, vertical text)* **BRANDON | SMERBER** LAW FIRM   139 E. WARM SPRINGS RD.   LAS VEGAS, NEVADA 89119   T: 702.380.0007  |  F: 702.380.2964

Electronically Filed
12/10/2020 8:14 AM
Steven D. Grierson
CLERK OF THE COURT

1
REQT
LEW BRANDON, JR., ESQ.
2
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
3
Nevada Bar No. 12758
**SARA PASQUALE, ESQ.**
4
Nevada Bar No. 14412
**BRANDON | SMERBER LAW FIRM**
5
139 East Warm Springs Road
6
Las Vegas, Nevada 89119
Office (702) 380-0007-Fax (702) 380-2964
7
*l.brandon@bsnv.law*
8
*a.guzik@bsnv.law*
*s.pasquale@bsnv.law*
9
*Attorneys for Defendant,*
*ALBERTSONS, LLC.*
10

11
**DISTRICT COURT**
**CLARK COUNTY, NEVADA**
12

13
EILEEN ROTH,

14
            Plaintiff,                           CASE NO.:  A-20-825624-C
                                                 DEPT. NO.: 8
15
vs.

16
ALBERTSON'S, LLC, a Foreign Limited-
17
Liability Company, d/b/a ALBERTSONS;
DOES I through X; and ROE
18
CORPORATIONS I through X, inclusive,

19
            Defendants.
20

21
**NRCP 16.1(a)(1)(C) REQUEST FOR COMPUTATION OF DAMAGES AND**
**DISCLOSURE OF SUPPORTING DOCUMENTS AND NRCP 16.1(a)(1)(A)(iii)**
22
**REQUEST FOR MEDICAL PROVIDER IDENTITY**

23
        Pursuant to NRCP 16.1(a)(1)(C), Defendant ALBERTSONS, LLC., hereby requests that

24
Plaintiff, EILEEN ROTH, provide within thirty (30) days of this Request, a computation of any

25
and all categories of damages claimed by Plaintiff, including making available for inspection and

26
copying as under Rule 34, the documents or other evidentiary matter not privileged or protected
27

28

1  from disclosure on which such computation is based, including materials bearing on the nature

2  and extent of injuries suffered.

3        DATED this 10th day of December, 2020.

4                                    **BRANDON | SMERBER LAW FIRM**

5

6                                    */s/ Lew Brandon, Jr., Esq.*
                                     **LEW BRANDON, JR., ESQ.**
7                                    Nevada Bar No. 5880
                                     **ANDREW GUZIK, ESQ.**
8                                    Nevada Bar No. 12758
                                     **SARA PASQUALE, ESQ.**
9                                    Nevada Bar No. 14412
10                                   139 East Warm Springs Road
                                     Las Vegas, Nevada 89119
11                                   *Attorneys for Defendant,*
                                     *ALBERTSON'S, LLC.*
12

13                          <u>**CERTIFICATE OF SERVICE**</u>

14       Pursuant to Nev. R. Civ. P. 5(b), I certify that on this 10th day of December, 2020, I

15  served a true and correct copy of the foregoing **NRCP 16.1(a)(1)(C) REQUEST FOR**

16  **COMPUTATION OF DAMAGES AND DISCLOSURE OF SUPPORTING DOCUMENTS**

17  **AND NRCP 16.1(a)(1)(A)(iii) REQUEST FOR MEDICAL PROVIDER** through the Court's

18

19  ECF electronic filing system, upon the following:

20  **BOYD B. MOSS III, ESQ.**
    Nevada Bar No. 8856
21  boyd@mossberglv.com
    **JOHN C. FUNK, ESQ.**
22  Nevada Bar No. 9255
    john@mossverglv.com
23
    **MOSS BERG INJURY LAWYERS**
24  4101 Meadows Lane, Suite 110
    Las Vegas, Nevada 89107
25  702-222-4555
    Facsimile – 702-222-4556
26  *Attorneys for Plaintiff,*
    *EILEEN ROTH*
27

28                                   */s/ Bonita Alexander*
                                     An Employee of Brandon | Smerber Law Firm

BRANDON | SMERBER LAW FIRM

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2961

Electronically Filed
12/29/2020 4:43 PM
Steven D. Grierson
CLERK OF THE COURT

ABREA
BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

## DISTRICT COURT
## CLARK COUNTY, NEVADA

EILEEN ROTH,

        Plaintiffs,

v.

ALBERTSONS'S LLC, a Foreign Limited-
Liability Company, d/b/a ALBERTSONS;
DOES I through X; and ROE
CORPORATIONS I through X, inclusive,

        Defendants.

CASE NO. A-20-825624-C
DEPT. NO. 8

## REQUEST FOR EXEMPTION
## FROM ARBITRATION

    Pursuant to Nevada Arbitration Rules 3 and 5, Plaintiff, EILEEN ROTH by and through

her attorneys of record, BOYD B. MOSS III, ESQ., and JOHN C. FUNK, ESQ., of the law firm

of MOSS BERG INJURY LAWYERS, hereby requests the above-entitled matter be exempted

from arbitration, as this case:

    1.    _____    Presents a significant issue of public policy;

    2.    __X__    Involves an amount in excess of $50,000, exclusive of interest and costs;

    3.    _____    Presents unusual circumstances which constitute good cause for removal
                       from the program.

1

**I.**
## A SPECIFIC SUMMARY OF THE FACTS WHICH SUPPORTS PLAINTIFF'S CONTENTION FOR EXEMPTION

**A.     A SUMMARY OF THE FACTS WHICH SUPPORTS PLAINTIFF'S REQUEST FOR EXEMPTION IS AS FOLLOWS:**

On January 1, 2019, Plaintiff, EILEEN ROTH was a guest shopping at Defendant's premises, located at 10250 West Charleston Boulevard, Las Vegas, Nevada 89135, commonly known as ALBERTSONS.

At that same time and place, Defendant carelessly and negligently created, owned, controlled, inspected and/or maintained their premises in an unstable and dangerous manner, specifically, an uneven floor with slick floor tiles, where Defendant was aware numerous customers would be constantly walking, which,  without proper warning of the hazard, caused Ms. Roth to slip, hit her head hard on the restroom wall and fall forcefully to the ground, and as a proximate result thereof, Ms. Roth was seriously injured.

**B.     PLAINTIFF, EILEEN ROTH'S PERMANENT INJURIES AS DIAGNOSED BY HER HEALTHCARE PROVIDERS ARE SUMMARIZED AS FOLLOWS:**

Ms. Roth had to undergo an Open Reduction Internal Fixation of the Left Tibia and Fibula procedure performed by Thomas G. Harris, M.D. at Huntington Hospital. During the course of her treatment, Plaintiff, EILEEN ROTH has been diagnosed with the following incident-related injuries:

1.  Encephalomalacia;
2.  Nondisplaced Weber B Distal Left Tibia and Fibula Fracture;
3.  Lateral Soft Tissue Swelling;

**C.     POST-INJURY MEDICAL SPECIALS INCURRED TO DATE OF WHICH PLAINTIFF'S COUNSEL IS AWARE:**

Plaintiff, EILEEN ROTH states that her incident-related medical specials received to date are:

2

| Medical Provider: | Treatment Dates: | Amount: |
|---|---|---|
| American Medical Response | 01/01/2019 | $1,341.63 |
| Shadow Emergency Physicians | 01/01/2019 | $1,888.00 |
| Desert Radiology | 01/01/2019 | $445.44 |
| Summerlin Hospital | 01/01/2019 | $15,272.00 |
| Congress Orthopaedic Associates | 01/03/2019-12/12/2019 | $47,531.00 |
| Stephen D. Henry M.D. | 01/15/2019-02/23/2020 | $37,546.00 |
| Radiant Imaging | 01/25/2019-02/21/2019 | $466.00 |
| Huntington Hospital | 02/21/2019-02/24/2019 | $52,781.06 |
| Villa Garden Health Center | 02/21/2019-02/24/2019 | $11,423.02 |
| Elite Motion Physical Therapy | 08/13/2019-01/13/2020 | $2,412.02 |
| **TOTAL:** | | **$171,106.17** |

Additionally, Plaintiff's general damages are in an amount in excess of **$15,000.00** and will be determined at the time of the trial in this matter. Plaintiff reserves the right to supplement this computation of damages as additional information becomes available.

As is evidenced by the serious and permanent injuries diagnosed by Plaintiff, EILEEN ROTH'S healthcare providers, together with the significant medical expenses incurred by Plaintiff, EILEEN ROTH. Plaintiff's case clearly has a probable jury award value well in excess of $50,000.00. Accordingly, and pursuant to NAR 3, this matter is appropriately exempted from the Court Annexed Arbitration Program.

3

Based upon the foregoing, I hereby certify pursuant to N.R.C.P. 11 this case to be within the exemption marked above, and I am aware of the sanctions which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

I further certify pursuant to NRS Chapter 239B and NRS 603A.040 that this document and any attachments thereto do not contain personal information including, without limitation, home address/phone number, social security number, driver's license number or identification card number, account number, PIN numbers, credit card number or debit card number, in combination with any required security code, access code or password that would permit access to the person's financial account.

DATED this 29 day of December, 2020.

MOSS BERG INJURY LAWYERS

By: _____
BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

4

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b) and Administrative Order 14-02 of the Eighth Judicial District Court, I hereby certify that I am an employee of MOSS BERG INJURY LAWYERS and that on the _29th_ day of December, 2020, I served the above and foregoing **REQUEST FOR EXEMPTION FROM ARBITRATION** on the following parties in compliance with the Nevada Electronic Filing and Conversion Rules:

LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
BRANDON SMERBER LAW FIRM
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS, LLC*


_____
An Employee of MOSS BERG INJURY LAWYERS

5