**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**MICHAEL MCLOUGHLIN, ESQ.**
Nevada Bar No. 12820
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
Office (702) 380-0007-Fax (702) 380-2964
*l.brandon@bsnv.law*
*m.mcloughlin@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC. d/b/a ALBERTSONS*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| EILEEN ROTH, | CASE NO.: 2:20-cv-02356-RFB-VCF |
|---|---|
| Plaintiff, | |
| v. | |
| ALBERTSONS, LLC, a Foreign Limited-Liability Company, d/b/a ALBERTSONS; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO DISMISS DEFENDANT ALBERTSONS, LLC D/B/A ALBERTSONS, WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., MICHAEL MCLOUGHLIN, ESQ., and HOMERO GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSONS, LLC d/b/a ALBERTSON, and Plaintiff, EILEEN ROTH, by and through BOYD B. MOSS III, ESQ., and JOHN C. FUNK, ESQ., of MOSS BERG INJURY LAWYERS, as follows:

///

*Eileen Roth v. Albertsons, LLC d/b/a Albertsons*
*Case No.: 2:20-cv-02356-RFB-VCF*

That Defendant, ALBERTSONS, LLC d/b/a ALBERTSONS, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 1st day of November, 2022.    DATED this 1st day of November, 2022.

**BRANDON | SMERBER LAW FIRM**    **MOSS BERG INJURY LAWYERS**

*/s/ Lew Brandon, Jr. Esq.*    */s/ Boyd Moss III, Esq.*

**LEW BRANDON, JR., ESQ.**    **BOYD B. MOSS III, ESQ.**
Nevada Bar No. 5880    Nevada Bar No. 8856
**ANDREW GUZIK, ESQ.**    **JOHN C. FUNK, ESQ.**
Nevada Bar No. 12758    Nevada Bar No. 9255
**HOMERO A. GONZALEZ, ESQ.**    4101 Meadows Lane, Suite 110
Nevada Bar No. 15231    Las Vegas, Nevada 89107
139 East Warm Springs Road    *Attorneys for Plaintiff,*
*Attorneys for Defendant,*    *EILEEN ROTH*
*ALBERTSON'S, LLC d/b/a*
*ALBERTSONS*

*Eileen Roth v. Albertsons, LLC d/b/a Albertsons*
*Case No.: 2:20-cv-02356-RFB-VCF*

**IT IS SO ORDERED** that Defendant, ALBERTSONS, LLC d/b/a ALBERTSONS, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this  4th  day of  November , 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**MICHAEL MCLOUGHLIN, ESQ.**
Nevada Bar No. 12820
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
Office (702) 380-0007-Fax (702) 380-2964
*l.brandon@bsnv.law*
*m.mcloughlin@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC. d/b/a ALBERTSONS*